Ross M. Mumme, Esq. #029956
Staff Attorney for Edward J. Maney
Chapter 13 Trustee
101 N. 1st Ave., #1775
Phoenix, Arizona 85003
(602) 277-3776
rmumme@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JORDAN GARCIA and<br>CYNTHIA CELENE BUSTAMANTE,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 2:19-bk-06454-DPC<br><br>**TRUSTEE'S LIMITED OBJECTION TO FOURTH APPLICATION FOR PAYMENT OF DEBTORS' COUNSEL'S FEES** |

Edward J. Maney, Chapter 13 Trustee ("Trustee"), by and through counsel undersigned, hereby submits this Limited Objection to the *Fourth Application for Payment of Attorney's Fees and Costs* ("Application") filed by Debtors' counsel James R. McDonald, of McDonald Law Offices PLLC. ("Applicant") (DN 130). In support of this Objection, the Trustee states as follows:

**I. Facts**

1. Debtor filed for relief under Chapter 13 on May 24, 2019.

2. Debtor's Plan of reorganization was confirmed on November 7, 2019, by way of the Stipulated Order Confirming Chapter 13 Plan (DN 27).

3. Applicant filed his Application for additional fees in the amount of $3,154.65 for work performed between on or after November 3, 2021.

**II. Discussion**

The confirmed Plan lacks adequate funding to pay Applicant's fees and to also satisfy all allowed secured and priority claims. In order for Trustee to pay Applicant's fees and those secured and priority claims entitled to payment, additional plan funding will be necessary.

-1-

Case 2:19-bk-06454-DPC    Doc 133    Filed 07/25/24    Entered 07/25/24 14:25:40    Desc
Main Document    Page 1 of 2

The Trustee requests that any order approving the Application specify that Counsel's fees will be limited to the funds available after all administrative claims of greater priority, priority claims, and secured claims, are paid. Alternatively, Trustee requests that Debtor submit a proposed Amended Stipulated Order Confirming First Modified Plan, that increases Plan funding to cover Applicant's Fees.

The Trustee additionally requests such further relief as this Court deems appropriate.

Dated: See Electronic Signature.

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

_____
Ross M. Mumme, Esq. AZ Bar #029956
Staff Attorney for Edward J. Maney
Chapter 13 Trustee

COPIES of the foregoing mailed on [See Electronic Signature], or served electronically through the CM/ECF system pursuant to Local Rule 9076-1, where indicated*:

James R. McDonald, Jr.*

_____
Ross M. Mumme, Esq.