James R. McDonald, Jr.
State Bar Number 013604

**McDonald Law Offices, PLLC**

1907 E. Broadway Road, Suite 1

Tempe, AZ 85282-1768

480-968-3100

Fax 480-968-7910

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case No. 2:19-bk-06454-DPC |
|---|---|
| Jordan Garcia, and Cynthia Bustamante, **Debtor.** | Chapter 13 **MOTION TO EXTEND DEADLINE TO COMPLY WITH TRUSTEE RECOMMENDATION** |

Debtor, through undersigned counsel, state:

1. The debtor is required to comply with the Trustee Recommendation by 7/26/2024.

2. The debtor is unable to comply by the deadline because a Application for Administrative Expenses was filed on 7/12/2024. The deadline for responses is 8/6/2024. Counsel will be unable to submit the Stipulated Order Confirming Chapter 13 Plan to the Trustee until after the Order for Fees is entered.

3. The debtor will need an additional 30 days in which to comply.

**Wherefore**, debtor respectfully requests that the deadline to comply with the Trustee's Recommendation be extended to 8/25/2024.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2024 | **McDonald Law Offices, PLLC** |
| 2 | | *James R. McDonald Jr.* (signature) |
| 3 | | /s/ JRM |
| 4 | | James R. McDonald, Jr. |
| 5 | | Attorney for Debtor |

Copy of the foregoing mailed this
Date: July 28, 2024 to:

Edward J. Maney
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003
Chapter 13 Trustee

Jordan Garcia and Cynthia Bustamante
3410 S. 88th Lane
Tolleson, AZ 85353
Debtor

By /s/ JRM